UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIOTR REYSNER,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVIENT SOLUTIONS, INC., et al.,<br><br>    Defendants. | No. 2:17-cv-641-KJM-KJN PS<br><br>ORDER |

In this action removed on March 27, 2017, plaintiff is presently proceeding without counsel. (ECF No. 1.) However, on May 16, 2017, plaintiff filed a request and proposed order for substitution of counsel, indicating that plaintiff had retained attorney Scott Shumaker, a licensed California attorney and member of the bar of this court, to represent plaintiff. (ECF No. 9.)

After careful review of plaintiff's request, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 9) is GRANTED and the substitution of counsel is APPROVED.
2. Because neither all plaintiffs nor all defendants are proceeding without counsel after the substitution of plaintiff's counsel, this action is REFERRED to the assigned

1

district judge for all further proceedings, except for discovery motions and matters otherwise appropriately referred to the assigned magistrate judge under the court's Local Rules.

3. All dates presently scheduled before Judge Newman, including the August 3, 2017 initial scheduling conference, are VACATED.

IT IS SO ORDERED.

Dated: May 17, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE